# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHARLES E. WILLIAMS,** | ) | |
| | ) | |
| **Plaintiff.** | ) | |
| | ) | |
| **v.** | ) | **Case No. 04-5055-CV-S-GAF** |
| | ) | |
| **CITY OF CARL JUNCTION, MO.,** | ) | |
| **JAMES WISDOM, JOHN HOFER, and** | ) | |
| **JOSEPH BARFIELD,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Presently before the Court is a Motion to Stay Proceedings on Defendants' Fee Motion and Bill of Costs During Pendency of Appeal filed by the Plaintiff. (Doc. #108). The Defendants have not opposed this Motion. The Court finds that the requested stay promotes judicial economy and does not prejudice the Defendants.

Accordingly, it is ORDERED that the Plaintiff's Motion to Stay Proceedings on Defendants' Fee Motion and Bill of Costs During Pendency of Appeal is GRANTED. All proceedings related to the Defendants' Fee Motion and Bill of Costs are HEREBY STAYED pending appeal and until thirty (30) days after any judgment becomes final.

**IT IS SO ORDERED.**

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED:   May 31, 2006